UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOSEPH SCHNEIDERMAN,

Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

Defendant.

No. 2:14-CV-0120-JTR

ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION

**BEFORE THE COURT** is Plaintiff's Motion for Reconsideration of Order Closing File. ECF No. 9. Attorney Dustin Deissner represents Joseph Schneiderman (Plaintiff); the Commissioner of Social Security has yet to make an appearance.

On May 30, 2014, the Court permitted Plaintiff additional time, until June 6, 2014, to pay the filing fee. ECF No. 7. The case was closed on June 9, 2014, after the Court received no response from Plaintiff. ECF No. 8. Counsel for Plaintiff now requests that the Court reconsider its decision to dismiss this action due to the failure to pay the filing fee, permit the filing fee to be paid, and allow the matter to proceed. ECF No. 9.

Good cause appearing therefor, **IT IS HEREBY ORDERED as follows:**

1. Plaintiff' Motion for Reconsideration, **ECF No. 9**, is **GRANTED**.

2. Following receipt of the full filing fee, the Clerk of the Court shall **VACATE** the order closing file, ECF No. 8, and **REOPEN** the case.

3. The Clerk of the Court shall additionally issue summons in the captioned matter following receipt of the filing fee.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide a copy to counsel for Plaintiff.

DATED June 16, 2014.




JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE